# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

10:40 am, 5/22/20

**Margaret Botkins
Clerk of Court**

| | |
|---|---|
| Raymond Caldwell<br><br>　　　　　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>Teton Club Owners Association, et al.,<br><br>　　　　　　　　　　　　　　　　Defendant. | NOTICE<br><br>Case Number: 20-CV-64-NDF<br><br>Setting or Resetting: Setting |

Type of Case:

## CIVIL

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

| Place: | Before: |
|---|---|
| Joseph C. O'Mahoney Federal Center<br>2120 Capitol Avenue<br>Cheyenne, WY 82001-3657<br>Judge Freudenthal Chambers #2242 | Nancy D. Freudenthal, United States District Judge |
| | Date and Time: |
| | July 16, 2020 at 1:30 p.m. |

Type of Proceeding:

## INITIAL PRETRIAL CONFERENCE

Counsel may appear by telephone; counsel to participate by using the following conference call-in:

Toll-free number:  877-336-1829
　Access Code:  3509533
　Security Code:  2967

Counsel shall make available their calendars to assist in the scheduling of the final pretrial conference, the trial, and any other dispositive matter that may require an oral setting.  These matters will be scheduled during this initial pretrial conference.

**Judge Freudenthal has entered General Administrative Order 2013-02, setting out her requirements for Initial Pretrial Conferences.  This order, and corresponding form of Case Management Plan, can be found on the US District Court's website under Judge Freudenthal's Forms.**
https://www.wyd.uscourts.gov/sites/wyd/files/gen_ord_2013-02.pdf

|  |  |
|---|---|
|  | Margaret Botkins |
|  | Clerk of Court |
| Dated this 22nd day of May, 2020. | Kellie Erickson |
|  | Deputy Clerk |

TO:

Counsel of Record　　　　　　　　　　　　　Court Reporter

WY35-IPT　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Rev. 2/10/2020