

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

RAYMOND CALDWELL,

Plaintiff,

vs.

TETON CLUB OWNERS ASS'N., INC.;
RAINTREE RESORTS MGMT. CO., LLC'
and JOHN DOES 1-10

Defendants.

Civil No. 20-CV-00064-NDF

**ORDER GRANTING SECOND JOINT MOTION TO EXTEND DEADLINES**

This matter is before the Court on the Parties' Second Joint Motion to Extend Deadlines [Doc. 22]. Having considered the Motion and finding good cause, the Court grants the Motion.

NOW, THEREFORE, IT IS ORDERED that the Parties' Second Joint Motion to Extend Deadlines [Doc. 22] is GRANTED.

IT IS FURTHER ORDERED that Defendants' deadline for designating their expert witnesses is 2/26/21. Plaintiff's deadline for designating supplemental expert witnesses is 2/26/21. Defendants' deadline for designating experts responsive to Plaintiff's supplemental experts is 3/26/21. The discovery deadline is 4/26/21. All other deadlines will be maintained as originally scheduled.

DATED this 8th day of February, 2021.

_____
Kelly H. Rankin
United States Magistrate Judge